AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ **Columbia**

Michael Robert Marsoun

### SUMMONS IN A CIVIL ACTION

V.

UNITED STATES OF AMERICA

CASE NUMBER:

Case: 1:07-cv-02078
Assigned To : Bates, John D.
Assign. Date : 11/13/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Peter D. Keisler
Acting United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Robert Marsoun
74-5533 Luhia St. Suite B-1A-393
Kailua-Kona, Hawai'i 96740

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                 NOV 13 2007      **RECEIVED**

CLERK                                              DATE                      JAN ~  2008

_____                                    NA         ~GTON, CLERK
(By) DEPUTY CLERK                                                          COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* JAMES MORRISON | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): *RC 037981385 US, USPS Registered Mail*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **DEC 17, 2007**
_____
Date | Signature of Server

P O Box 390735, Keauhou, HI 96739
Address of Server

77-6516
SEAVIEW CIRCLE, KONA, HI 96740

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Registered No. RC 037 981 385 US

Date Stamp

| Reg. Fee 9.50 | | |
|---|---|---|
| Handling Charge | Return Receipt | |
| Postage 9.50 | Restricted Delivery | |
| Received by U2A | | |

To Be Completed By Post Office

Customer Must Declare Full Value $

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

**FROM**
MIKE MARSOUN
PO BOX 650
KEALAKEKUA, HI 96750

**TO**
PETER D. KEISLER
ACTING U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVE.
WASHINGTON, DISTRICT OF COLUMBIA 20530

PS Form 3806, **Receipt for Registered Mail**
May 2004 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RC03 7981 385U S**
Detailed Results:

- **Delivered, December 26, 2007, 4:56 am, WASHINGTON, DC 20530**
- **Arrival at Unit, December 22, 2007, 7:47 pm, WASHINGTON, DC 20074**

*< Back*                    *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

*Go >*

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    *Go >*

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



