AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia

Michael Robert Marsoun

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

Case: 1:07-cv-02078
Assigned To : Bates, John D.
Assign. Date : 11/13/2007
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Jeffrey A. Taylor,
United States Attorney, District of Columbia
Civil Process Clerk
555 4th Street, NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'  *pro se*  (name and address)

Michael Robert Marsoun
74-5533 Luhia St. Suite B-1A-393
Kailua-Kona, Hawai'i 96740

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

DATE  NOV 13 2007

RECEIVED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* JAMES MORRISON | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  USPS Registered Mail # RC 037981394 US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  DEC 17, 2007
                    Date            Signature of Server

P.O. Box 390735, KEAUHOU, HI 96739
             *Address of Server*

77-6516
SEAVIEW CIRCLE, KONA, HI 96740

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Registered No. RC 037 981 394 US | | Date Stamp |
|---|---|---|
| Reg. Fee 9.50 | | |
| Handling Charge | Return Receipt | |
| Postage 9.50 | Restricted Delivery | |
| Received by LOA | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☒ Without Postal Insurance | |

OFFICIAL USE

FROM:
MIKE MARSOUN
C/O PO BOX 650
KEALAKEKUA, HI 96750

TO:
JEFFERY TAYLOR
U.S. ATTORNEY, DISTRICT OF COLUMBIA
CIVIL PROCESS CLERK
555 4th ST. NW   WASHINGTON DC 20001

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com



Home | Help | Sign In

Track & Confirm　　　FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RC03 7981 394U S**
Detailed Results:

- **Delivered, January 08, 2008, 10:59 am, WASHINGTON, DC 20530**
- **Forwarded, December 27, 2007, 11:58 am, WASHINGTON, DC**
- **Forwarded, December 26, 2007, 3:18 pm, WASHINGTON, DC**
- **Arrival at Unit, December 26, 2007, 3:17 pm, WASHINGTON, DC 20001**

**Track & Confirm**

Enter Label/Receipt Number.

Go >

< Back　　　　　　　Return to USPS.com Home >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.　Go >

---

Site Map　Contact Us　Forms　Gov't Services　Jobs　Privacy Policy　Terms of Use　National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**　No FEAR Act EEO Data　FOIA