# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL R. MARSOUN,

     Plaintiff,

       v.                             Civil Action No.  07-2078 (JDB)

UNITED STATES,

     Defendant.

## ORDER

Before the Court is plaintiff's pro se motion for leave to amend his complaint, in response to defendant's motion to dismiss.  Plaintiff, however, has not submitted the proposed amended complaint, explaining that he needs 60 days to prepare his pleading.

Under Fed. R. Civ. P. 15(a), a party may amend its pleading "once as a matter of course at any time before a responsive pleading is served."[1]  This case is in the awkward posture, then, of plaintiff purporting to exercise his right to amend the complaint, without submission of an amended complaint.  In light of plaintiff's representations, the Court will set a deadline for the filing of the amended complaint, and defer ruling on defendant's motion to dismiss until that date.  Pursuant to Fed. R. Civ. P. 15(a), the amended complaint need not be accompanied by a motion for leave to file.  In the event that plaintiff does not file a timely amended complaint, the Court will rule on the pending motion to dismiss based on the original complaint.

Accordingly, it is hereby

---

[1]  A motion to dismiss is not a responsive pleading.  James V. Hurson Associates, Inc. v. Glickman, 229 F.3d 277, 283 (D.C. Cir. 2000).

**ORDERED** that plaintiff's request for leave to amend complaint is **DENIED**

**WITHOUT PREJUDICE**; it is further

**ORDERED** that plaintiff shall file his amended complaint, if any, by not later than July

21, 2008.  Failure to file an amended complaint by this deadline may result in dismissal of this

action based on the original complaint and the pending motion to dismiss.


_____/s/_____
JOHN D. BATES
United States District Judge

Date:   May 22, 2008

-2-