UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL R. MARSOUN,<br><br>  Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>  Defendant. | Civil Action No. 07-2078 (JDB) |

## ORDER

  Plaintiff served an amended complaint on July 21, 2008 (entered on the docket on July 29, 2008), after defendant filed a motion to dismiss the original complaint. Under Fed. R. Civ. P. 15(a), a party may amend its pleading "once as a matter of course . . . before being served with a responsive pleading." An amended complaint supersedes the original complaint, and thus becomes the operative complaint in the litigation. See Adams v. Quattlebaum, 219 F.R.D. 195, 197 (D.D.C. 2004); see generally 6 Charles Alan Wright, Arthur R. Miller & Mary K. Kane, FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case and any subsequent motion made by an opposing party should be directed at the amended pleading.") (footnotes omitted).

  Accordingly, it is hereby

  **ORDERED** that defendant's motion to dismiss the original complaint is denied without prejudice; and it is further

  **ORDERED** that defendant shall file its response to the amended complaint by not later

than August 19, 2008. If a motion to dismiss is filed, plaintiff's response shall be filed by not later than September 19, 2008, and defendant's reply shall be filed by not later than October 3, 2008.

/s/
JOHN D. BATES
United States District Judge

Date:  July 29, 2008